Joel D. Odou
Nevada Bar No. 7468
jodou@wshblaw.com
Analise N. M. Tilton
Nevada Bar No. 13185
atilton@wshblaw.com
Abraham F. Ivie
Nevada Bar No. 15250
aivie@wshblaw.com
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for Knight Refrigerated, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| EVELYN ZALDIVAR, an individual, | Case No. 2:19-cv-02117 |
| Plaintiff, | **DEFENDANT KNIGHT REFRIGERATED, LLC'S DEMAND FOR JURY TRIAL** |
| v. | |
| KEVIN CORNISH, an individual; KNIGHT REFRIGERATED, LLC, a foreign limited liability company, DOES 1 through 20, inclusive, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEGAL:10092-0068/13327585.1

**DEFENDANT KNIGHT REFRIGERATED, LLC'S DEMAND FOR JURY TRIAL**

COMES NOW, Defendant, KNIGHT REFRIGERATED, LLC, by and through their counsel of record, Wood, Smith, Henning & Berman, LLP, and hereby demands a jury trial.

December 10, 2019

        WOOD, SMITH, HENNING & BERMAN LLP
        Attorneys at Law

By    */s/ Analise N.M. Tilton*
      JOEL D. ODOU
      Nevada Bar No. 7468
      ANALISE N. M. TILTON
      Nevada Bar No. 13185
      ABRAHAM F. IVIE
      Nevada Bar No. 15250
      2881 Business Park Court, Suite 200
      Las Vegas, Nevada 89128-9020
      Tel. 702 251 4100

      Attorneys for Defendant, Knight Refrigerated, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December, 2019, a true and correct copy of **DEFENDANT KNIGHT REFRIGERATED, LLC'S DEMAND FOR JURY TRIAL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Michelle N. Ledesma*
Michelle N. Ledesma, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP

LEGAL:10092-0068/13327585.1

-3-

DEFENDANT KNIGHT REFRIGERATED, LLC'S DEMAND FOR JURY TRIAL