UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EVELYN ZALDIVAR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN CORNISH, an individual; KNIGHT REFRIGERATED, LLC, a foreign limited liability company; DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:19-CV-02117-JAD-EJY<br><br>**ORDER** |

Before the Court is the proposed Discovery Plan and Scheduling Order (ECF No. 18). The proposed plan indicates a discovery period of 180 days; however, the calculation of the discovery cut off date is far greater.

Accordingly,

IT IS HEREBY ORDERED that the parties' proposed Discovery Plan and Scheduling Order (ECF No. 18) is DENIED. Within ten days of this Order, the parties shall submit a revised proposed plan that either calculates discovery for an initial 180 day period or seeks a special scheduling review.

DATED: January 30, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1