Joel D. Odou
Nevada Bar No. 7468
Analise N. M. Tilton
Nevada Bar No. 13185
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405
jodou@wshblaw.com
atilton@wshblaw.com

Attorneys for Knight Refrigerated, LLC and Kevin Cornish

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| EVELYN ZALDIVAR, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN CORNISH, an individual; KNIGHT REFRIGERATED, LLC, a foreign limited liability company, DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.: 2-19-cv-02117-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date: August 24, 2021<br><br>ECF No. 43 |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, EVELYN ZALDIVAR (hereinafter "Plaintiff") and Defendants, KNIGHT REFRIGERATED, LLC, and KEVIN CORNISH (hereinafter "Defendants"), by and through their undersigned counsel and hereby STIPULATE to DISMISSAL of this entire action, WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

This Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: April 13, 2021 | DATED: April 13, 2021 |
| **PANISH SHEA & BOYLE LLP** | **WOOD, SMITH, HENNING & BERMAN, LLP** |
| By: *[signature]*<br>RAHUL RAVIPUDI, ESQ.<br>Nevada Bar No. 14750<br>IAN SAMSON, ESQ.<br>Nevada Bar No.15089<br>ADAM ELLIS<br>Nevada Bar No. 14514<br>8816 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br><br>*Attorney for Plaintiff,*<br>**EVELYN ZALDIVAR** | By: /s/ Analise Tilton<br>JOEL D. ODOU, ESQ.<br>Nevada Bar No. 9374<br>ANALISE N. M. TILTON, ESQ.<br>Nevada Bar No. 13185<br>BETTY J. FOLEY, ESQ.<br>NevadaBar No. 14517<br>2881 Business Park Court, Suite 200<br>Las Vegas, Nevada 89128-9020<br>Tel. 702 251 4100<br><br>*Attorneys for Defendant, KNIGHT REFRIGERATED, LLC, and KEVIN CORNISH* |

DATED: April 13, 2021

**DAVID BOEHRER LAW FIRM**

By: /s/ Travis Rich
DAVID D. BOEHRER, ESQ.
Nevada Bar No. 9517
TRAVIS J. RICH, ESQ.
Nevada Bar No.12854
375 N. Stephanie Street, Suite 711
Henderson, NV 89014

*Attorney for Plaintiff,*
**EVELYN ZALDIVAR**

Case No. 2:19-cv-02117-JAD-EJY
*Evelyn Zaldivar v. Knight Refrigerated, LLC, et al.*

### ORDER

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the entire action entitled *Evelyn Zaldivar v. Knight Refrigerated, LLC, et al.*, United States District Court Case No. *2:19-cv-02117-JAD-EJY*, is dismissed, WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

The Clerk of Court is directed to VACATE all dates and deadlines and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 15, 2021

Respectfully Submitted by:

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law

By  /s/ Analise Tilton
   JOEL D. ODOU
   Nevada Bar No. 7648
   ANALISE N. M. TILTON
   Nevada Bar No. 13185
   BETTY J. FOLEY
   Nevada Bar No. 14517
   2881 Business Park Court, Suite 200
   Las Vegas, Nevada 89128-9020
   Tel. 702 251 4100

   Attorneys for Defendant, Knight Refrigerated, LLC and Kevin Cornish